IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:14-mj-00018-DSC |
| v. | ) | |
| | ) | Order of Dismissal |
| GEORGE LEWIS MULRAIN | ) | |
| _____ | ) | |

Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED.**

Signed: May 12, 2014

David S. Cayer
United States Magistrate Judge